## PARKS *v.* THE STATE.

CRIMINAL LAW AND PRACTICE.—Where the record on appeal to this Court, in a criminal case, shows that two indictments were duly returned against the defendant, it should also identify the particular indictment upon which the defendant was tried as one of them.

APPEAL from the *Lagrange* Circuit Court.

*Per Curiam.*—In this case, the record, although it shows the return of two indictments into Court by a grand jury, yet it does not identify the indictment upon which this defendant was tried as one of those so returned.

The judgment is reversed; and the clerk is ordered to notify the proper officer thereof; and that it is a case where, under the statute, the defendant will have to be discharged.

*A. Ellison,* for the appellant.

*Oscar B. Hord,* Attorney General, for the State.